FILED
October 14, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002154258

J. RUSSELL CUNNINGHAM, State Bar #130578
ERIC R. GASSMAN, State Bar #260693
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Thomas Aceituno
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

THOMAS HOLDINGS, LLC,

           Debtor.

Case No. 09-20156-C-7
Chapter 7

DNL-4

Date: November 10, 2009
Time: 9:30 a.m.
Place: Courtroom 35
      501 "I" Street, 6th Floor
      Sacramento, CA 95814

### MOTION FOR AUTHORITY TO SELL LIQUOR LICENSE

THOMAS ACEITUNO ("Trustee") hereby moves for an order authorizing sale of a liquor license to Touchstone Golf for $65,000. In support thereof, Trustee respectfully represents that:

    1.    This case was commenced by the filing of a voluntary Chapter 11 petition by THOMAS HOLDINGS, LLC on January 6, 2009 and converted to Chapter 7 on September 22, 2009.

    2.    Trustee has served as trustee for the debtor's estate, in both Chapters 11 and 7, since July 16, 2009.

    3.    On July 14, 2009, the bankruptcy court granted SC-2, First Bank's motion for relief

1

from stay to foreclose the estate's interest in real property commonly known as the Sunset Whitney Country Club and golf course located at 4201 Midas Avenue, City of Rocklin, County of Placer, California 95677, and certain personal property subject to security agreements and UCC-1 Financing Statements.

4. On August 27, 2009, First Bank purchased the real and personal property collateral at foreclosure.

5. Among the assets of the estate not subject to First Bank's security interest is an unscheduled bar/restaurant on sale general liquor license, California Department of Alcoholic Beverage 47 On-Sale General Eating Place License Number 430567, used by the debtor in the operation of the country club.

6. Subject certain conditions precedent, First Bank's manager, Touchstone Golf, Inc. has offered to purchase and Trustee has agreed to sell the liquor license for $65,000, subject to bankruptcy court approval and overbidding at the hearing.

7. $65,000 is within the range of values for a liquor license of this type and location.

8. Since the estate's interest in the country club has been foreclosed, the liquor license is not necessary to an effective reorganization.

9. Approving the proposed sale is in the best interests of the estate.

WHEREFORE, Trustee prays that the motion be granted and for such other and further relief as is necessary and proper.

Dated: October 14, 2009

DESMOND, NOLAN, LIVAICH & CUNNINGHAM

By: _____
J. RUSSELL CUNNINGHAM
Attorneys for Thomas Aceituno, Chapter 7 Trustee

2