FILED
February 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002410054

2

J. RUSSELL CUNNINGHAM, State Bar #130578
ERIC R. GASSMAN, State Bar #260693
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Thomas Aceituno
Chapter 7 Trustee

FILED

FEB 11 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

THOMAS HOLDINGS, LLC;

Debtor.

Case No. 09-20156-C-7
Chapter 7

DNL-4

Date:  November 10, 2009
Time:  9:30 a.m.
Place: Courtroom 35
       501 "I" Street, 6th Floor
       Sacramento, CA 95814

AMENDED ORDER GRANTING
MOTION FOR AUTHORITY TO SELL LIQUOR LICENSE

The motion of THOMAS ACEITUNO ("Trustee") for an order authorizing the sale of a liquor license came on for hearing at the above-captioned date, time and place. Appearances were noted on the record. Upon consideration of the evidence and authorities presented, and good cause appearing therefore,

IT IS ORDERED that:

1.      The motion is granted.

2.      Trustee is authorized to sell the California Department of Alcoholic Beverage 47 On-

1

ORIGINAL

1  Sale General Eating Place License Number 430567 to Touchstone Golf, or designee, for $65,000.

2       3.       Trustee is authorized to take all steps necessary to effectuate the sale, including

3  payment of all tax holds, liens and encumbrances, from escrow.

4
FEB 1 1 2010
5

6  DATED: _____

7                                              _____
                                               HONORABLE CHRISTOPHER M. KLEIN
8                                              UNITED STATES BANKRUPTCY JUDGE

9  APPROVED AS TO FORM:

10  MICHELMAN & ROBINSON, LLP

11  By: _Steven Casselberry_____
        Steven Casselberry, Esq.
12      Attorneys for First Bank, Creditor

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2